IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY LEON RUSSOM                                      PLAINTIFF

v.                               No. 3:17-cv-317-DPM

MICHAEL BEASLEY, *et al.*                            DEFENDANTS

ORDER

The Court will decide the pending motion on the merits because counsel's hectic schedule provides good cause for the tardy response. At Russom's* request, all official-capacity claims against Beasley, and all claims against Deputy Sheriffs Patton, Colbert, Carter, McClung, Sheriff Miller, and the John Doe defendants are dismissed without prejudice. № 19 at 8; № 18 at 2. The core of what remains is Russom's claim that Deputy Sheriff Beasley violated the U.S. Constitution by arresting him. In light of the undisputed material facts, and the disputed facts taken in Russom's favor, № 20, Beasley is entitled to qualified immunity. Beasley had arguable probable cause to arrest Russom when he found him at his neighbor's house during a search in which drugs and several guns were discovered. *Borgman v. Kedley*, 646 F.3d 518, 522–23 (8th Cir. 2011). Therefore, Beasley did not violate

---

* The Court directs the Clerk to correct the name of Plaintiff Jerry Leon Russom on the docket.

Russom's clearly established rights. *Ehlers v. City of Rapid City*, 846 F.3d 1002, 1008–09 (8th Cir. 2017).

Defendants' motion, № 12, granted as modified.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2019