# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRY LEON RUSSOM                                           PLAINTIFF

v.                      No. 3:17-cv-317-DPM

MICHAEL BEASLEY, *et al.*                                  DEFENDANTS

## JUDGMENT

Russom's individual-capacity claim against Beasley is dismissed with prejudice. All other claims are dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2019